IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:
Orlando Rodriguez Perez                              Chapter 7
                                                     Case No. 25-15140-LMI

          Debtors.
_____/

## DEBTOR'S MOTION TO SET ASIDE DISCHARGE FOR THE SOLE PURPOSE OF ADDING OMITTED CREDITORS

1. On May 7, 2025, the Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code with this Court,
2. The debtor was granted a discharge under section 727 of title 11 of the United States Code, on August 15, 2025 [DE 16].
3. Debtor was represented by the undersigned counsel who ran and thorough search for all debts and personal liability in the prefilling preparation.
4. After the discharge was entered, the debtor realized that he had omitted the following creditors: Small Business Administration Loan and Internal Revenue Service.
5. The debtor is seeking to set aside the discharge on his case to amend his bankruptcy schedules, add the omitted creditors to his bankruptcy matrix and discharge the debts and liability.

WHEREFORE, the Debtor respectfully request that the Court enter an Order granting the Debtors' Motion to Set Aside Discharge to add omitted creditors and any other further relief as may be just and proper.

Respectfully submitted,

By: */s/ Haven Del Pino*
**Haven Del Pino, Esq.**
**Florida Bar No. 88606**
*Counsel for Debtor*
**900 W. 49 Street, 422**
**Hialeah, FL. 33012**
**Tel. 305-362-6277**
**Fax 888-327-2399**

E-Mail: mail@delpinolaw.com



# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was emailed to via ECF to Marcia T Dunn, Chapter 7 Trustee at mdunn@dunnlawpa.com, to the parties registered to receive electronic notices; to all creditors on the service list; and via Certified Mail to the parties below on this 3rd day of September, 2025.

Small Business Administration
51 SW 1st Avenue, Suite 201
Miami, FL 33130

Small Business Administration
7825 Baymeadows Way, Suite 100-B
Jacksonville, FL 32256

Internal Revenue Service
Po Box 7346
Philadelphia, PA 19101

    Respectfully submitted,

    By: */s/ Haven Del Pino*
    **Haven Del Pino, Esq.**
    **Florida Bar No. 88606**
    *Counsel for Debtor*
    **900 W. 49 Street, 422**
    **Hialeah, FL. 33012**
    **Tel. 305-362-6277**
    **Fax 888-327-2399**
    **E-Mail:** mail@delpinolaw.com



```
Label Matrix for local noticing        FinWise Bank                            Affirm, Inc.
113C-1                                 c/o Becket and Lee LLP                  Attn: Bankruptcy
Case 25-15140-LMI                      PO Box 3002                             650 California St, Fl 12
Southern District of Florida           Malvern, PA 19355-0702                  San Francisco, CA 94108-2716
Miami
Wed Sep  3 09:58:26 EDT 2025

American First Finance                 Amex                                    Credit One Bank
Attn: Bankruptcy                       Correspondence/Bankruptcy               Attn: Bankruptcy Department
Po Box 565848                          Po Box 981535                           6801 Cimarron Rd
Dallas, TX 75356-5848                  El Paso, TX 79998-1535                  Las Vegas, NV 89113-2273


Discover Financial                     Great American Finance                  Jefferson Capital Systems, LLC
Attn: Bankruptcy                       200 South Michigan Avenue               Attn: Bankruptcy
Po Box 3025                            Chicago, IL 60604-2400                  200 14th Ave E
New Albany, OH 43054-3025                                                      Sartell, MN 56377-4500


Jpmcb                                  Lvnv Funding/Resurgent Capital          (p)DSNB MACY S
MailCode LA4-7100                      Attn: Bankruptcy                        CITIBANK
700 Kansas Lane                        Po Box 10497                            1000 TECHNOLOGY DRIVE MS 777
Monroe, LA 71203-4774                  Greenville, SC 29603-0497               O FALLON MO 63368-2239


Midland Credit Mgmt                    NMAC                                    Newrez
Attn: Bankruptcy                       Attn: Bankruptcy                        Attn: Bankruptcy
Po Box 939069                          Po Box 660360                           P.O. Box 10826
San Diego, CA 92193-9069               Dallas, TX 75266-0360                   Greenville, SC 29603-0826


Office of the US Trustee               (p)PORTFOLIO RECOVERY ASSOCIATES LLC    Synchrony Bank/Amazon
51 S.W. 1st Ave.                       PO BOX 41067                            Attn: Bankruptcy
Suite 1204                             NORFOLK VA 23541-1067                   Po Box 965060
Miami, FL 33130-1614                                                           Orlando, FL 32896-5060


Synchrony Bank/BRMart                  (p)UPLIFT  INC                          Haven Del Pino
Attn: Bankruptcy                       2 N CENTRAL AVE FL 10                   900 West 49th Street
Pob 965060                             PHOENIX AZ 85004-4422                   Suite 422
Orlando, FL 32896-5060                                                         Hialeah, FL 33012-3487


Marcia T Dunn                          Orlando Rodriguez Perez
66 West Flagler Street, Ste 400        15425 SW 119TH ST
Miami, FL 33130-1877                   Miami, FL 33196-6866




                    The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                    by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Macy's/ DSNB                           Portfolio Recovery Associates, LLC      Uplift, Inc.
Atytn: Bankruptcy                      Attn: Bankruptcy                        Attn: Bankruptcy
701 E. 60th Street North               120 Corporate Boulevard                 440 N Wolfe Rd
Sioux Falls, SD 57104                  Norfolk, VA 23502                       Sunnyvale, CA 94085
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Miami | (d)FinWise Bank<br>c/o Becket and Lee LLP<br>PO Box 3002<br>Malvern PA 19355-0702 | (d)Newrez<br>Attn: Bankruptcy<br>Po Box 10826<br>Greenville, SC 29603-0826 |
| (u)Syncb/walmart | End of Label Matrix<br>Mailable recipients    22<br>Bypassed recipients     4<br>Total                  26 | |